HERMAN E. RIDDELL, Respondent, v. BAUER, POGUE & Co., INC., Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. The

date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.